THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-48-3BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NESTOR ROBERTO BELTRAN-GARAY | ) | |

This Cause comes before the Court upon Defendant's motion for trial by judge with a signed waiver of his right to a jury trial, pursuant to Rule 23 of the Federal Rules of Criminal Procedure. The government consents to this request.

Defendant's motion is hereby granted and his criminal trial will be heard by a judge and not a jury.

So ORDERED this **21** day of February, 2017.

TERRENCE W. BOYLE
United States District Judge